UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:23-cv-00098-JLS-MRW                      Date: March 14, 2023
Title:  Hector Menchaca v. Howmet Aerospace, Inc. et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

_V.R. Vallery_                                              _N/A_
Deputy Clerk                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:
          Not Present                                        Not Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER TAKING DEFENDANT'S
MOTION TO DISMISS CASE (Doc. 13) AND PLAINTFF'S
MOTION TO REMAND (Doc. 15) UNDER SUBMISSION**

Before the Court are two motions: (1) a Motion to Dismiss Case filed by
Defendant Howmet Aerospace, Inc. ("Howmet") (Howmet Mot., Doc. 13; Howmet
Mem., Doc. 13-1); and (2) a Motion to Remand filed by Plaintiff Hector Menchaca
(Menchaca Mot., Doc. 15; Menchaca Mem., Doc. 15-1).  Menchaca opposed Howmet's
Motion, and Howmet replied.  (Docs. 20, 22.)  Howmet opposed Menchaca's Motion,
and Menchaca replied.  (Remand Opp., Doc. 19; Remand Reply, Doc. 21.)  The Court
finds this matter appropriate for disposition without hearing, as the written submissions
are sufficient to rule on the motions.  *See* Fed. R. Civ. P. 55(b)(2).  Accordingly, the
hearing set for March 17, 2023 at 10:30 a.m., is VACATED, and the Court takes the
matter UNDER SUBMISSION.

                                                Initials of Deputy Clerk:  vrv